# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Meyer Corporation, U.S.<br>**Plaintiff,**<br>v.<br>United States,<br>**Defendant.** | **S U M M O N S**<br><br>Court No. 21-00103 |

**TO:**   The Attorney General and the Secretary of the Treasury:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. 1581(a) to contest the denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| | |
|---|---|
| **Port of Entry:**  San Francisco, CA | **Date Protest Filed:**          June 25, 2019 |
| **Protest Number:**   2809-19-100771 | **Date Protest Denied:**      September 20, 2020 |
| **Importer:**  Meyer Corporation, U.S. | |
| **Category of Merchandise**: Cookware | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| **304-0369253-3** | **04/23/2018** | **03/22/2019** | | | |
| | | | | | |
| | | | | | |

District Director,
555 Battery Street
San Francisco, CA 94111

John P. Donohue
Neville Peterson LLP
100 North 18th Street
Philadelphia, PA 19103

FORM 1

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | **Statutory Basis** | **Statement of Value** |
| **Appraised:** | 19 USC §1401a(b) | Transaction Value: price from middleman to US importer |
| **Protest Claim:** | 19 USC §1401a(b) | Transaction value; price from producer to middleman. |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | **Assessed** | | **Protest Claim** | |
| **Merchandise** | **Paragraph or Item Number** | **Rate** | **Paragraph or Item Number** | **Rate** |
| | | | | |

| **Other** |
|---|
| Merchandise from Thailand improperly denied GSP treatment; |

| **The issue which was common to all such denied protests:** |
|---|
| Whether goods are entitled to first sale treatment; whether goods are entitled to GSP treatment. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
Signature of Plaintiff's Attorney

March 11, 2021
Date

## SCHEDULE OF PROTESTS

<u>San Francisco</u>

Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2809-19-100490 | 2-27-2019 | 9-22-2020 | 304-0367798-9 | 01-18-2018 | 11-23-2018 |
| 2809-19-100329 | 2-18-2019 | 10-1-2020 | 304-03677170-1 | 11-24-2017 | 10-15-2018 |
| 2809-20-1022406 | 2-3-2020 | 11-05-2020 | 304-0327841-0 | 12-22-2018 | 11-22-2019 |